IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LATRELL ALBRITTON, #217334, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:20-CV-177-WKW |
| | ) | [WO] |
| DAVID JONES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On May 11, 2020, the Magistrate Judge entered a Recommendation (Doc. # 7) to which no timely objections have been filed. After an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

(1) The Recommendation of the Magistrate Judge (Doc. # 7) is ADOPTED;

(2) Plaintiff's claim for monetary damages from David Jones for the provision of alleged false testimony is DISMISSED with prejudice in accordance with 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii);

(3) Plaintiff's claim challenging the fundamental legality of the revocation of his probation by the Circuit Court of Butler County, Alabama is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

(4)     This action is DISMISSED prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii).

DONE this 15th day of June, 2020.

>                         /s/ W. Keith Watkins
>                 UNITED STATES DISTRICT JUDGE